Henry A. Wirta, Jr. (SBN 110097)
HARRINGTON FOXX DUBROW & CANTER, LLP
255 Kansas Street, Suite 340
San Francisco, CA. 94103
(415) 565-9600

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COX WOOTTON LERNER GRIFFIN & HANSON, LLP, | Case No. 22-CV-00534-CAS (PLAx) |
| Petitioner, | **NOTICE OF ENTRY OF FINAL JUDGMENT** |
| vs. | |
| BALLYHOO MEDIA, INC. | |
| Respondent. | |

TO RESPONDENT AND TO ITS ATTORNEY OF RECORD:

**PLEASE TAKE NOTICE** THAT THE **FINAL JUDGMENT** DATED JUNE 22, 2022 WAS ENTERED AND FILED WITH THE COURT ON JUNE 22, 2022 IN THIS MATTER.

A TRUE AND CORRECT COPY OF THE FINAL JUDGMENT IS ATTACHED HERE AS EXHIBIT "A."

DATED: JUNE 24, 2022          HARRINGTON FOXX DUBROW & CANTER, LLP

*/s/ Henry A. Wirta, Jr.*
BY: HENRY A. WIRTA, JR
ATTORNEYS FOR PETITIONER COX WOOTTON LERNER GRIFFIN & HANSEN, LLP

EXHIBIT A

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COX WOOTTON LERNER GRIFFIN & HANSON, LLP, | Case No. 22-CV-00534-CAS-PLAx |
| Petitioner, | **FINAL JUDGMENT** |
| v. | |
| BALLYHOO MEDIA, INC. | |
| Respondent. | |

**THIS CASE** is before the Court following the Court's Order Granting Petition to Confirm and Enforce Arbitration Award. Pursuant to Rule 58(a) of the Federal Rules of Civil Procedure, it is hereby **ORDERED AND ADJUDGED** that:

1. **FINAL JUDGMENT** is hereby entered in favor of Cox Wootton Lerner Griffin & Hanson, LLP and against Ballyhoo Media, Inc.

2. Cox Wootton Lerner Griffin & Hanson, LLP shall have and receive from Ballyhoo Media, Inc. the sum of **$496,583.15.**

3. Petitioner Cox Wootton Lerner Griffin & Hanson, LLP is awarded post Final Arbitration Award interest on all unpaid sums pursuant to 28 U.S.C. §1961, beginning from the date of the entry of the final judgment; and

4. Ballyhoo Media, Inc. shall issue payment of the aforementioned sum to the "Harrington Foxx Dubrow & Canter, LLP Client Trust Account."

**IT IS SO ORDERED** in Chambers, Los Angeles, California, this 22nd day of June, 2022.

*/s/ Christina A. Snyder*

CHRISTINA A. SNYDER
HONORABLE JUDGE
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action. My business address is 255 Kansas Street, Suite 340, San Francisco, California 94103.

On June 24, 2022 I served the foregoing document described as **NOTICE OF ENTRY OF FINAL JUDGMENT** on all interested parties in this action by placing a true copy thereof enclosed in sealed envelopes addressed as stated on the attached service list:

[X] **BY MAIL** - I deposited such envelope in the mail at San Francisco, California. The envelope was mailed with postage thereon fully prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

[] **BY PERSONAL SERVICE** - I caused such envelope to be delivered by a process server employed by ProLegal Attorney Services.

[] **VIA FACSIMILE** - I faxed said document, to the office(s) of the addressee(s) shown above, and the transmission was reported as complete and without error.

[] **BY ELECTRONIC TRANSMISSION** - I transmitted a PDF version of this document by electronic mail to the party(s) identified on the attached service list using the e-mail address(es) indicated.

[] **BY OVERNIGHT DELIVERY** - I deposited such envelope for collection and delivery by Federal Express with delivery fees paid or provided for in accordance with ordinary business practices. I am "readily familiar" with the firm's practice of collection and processing packages for overnight delivery by Federal Express. They are deposited with a facility regularly maintained by Federal Express for receipt on the same day in the ordinary course of business.

[] (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[X] (Federal) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on June 24, 2022 at San Francisco, California.

HENRY A. WIRTA, JR.

PROOF OF SERVICE

SERVICE LIST

*COX WOOTTON LERNER GRIFFIN & HANSEN, LLP V. BALLYHOO MEDIA, INC.*
USDC CENTRAL DISTRICT COURT case number 22-CV-00534-CAS-PLA

Martin Glickfeld
LAW OFFICES OF MARTIN GLICKFELD
2133 Lombard Street at Fillmore
San Francisco, CA. 94123

Attorneys for Respondent, BALLYHOO MEDIA, INC.

PROOF OF SERVICE